State v. Griggs.

STATE OF MISSOURI, Respondent, v. JOE GRIGGS, Appellant.

Springfield Court of Appeals, April 1, 1912.

APPEAL AND ERROR: Criminal Law: ·Failure to File Bill of Exceptions. In a criminal case, where the transcript on file in the Court of Appeals shows that the defendant was given thirty days in which to file his bill of exceptions, but it does not appear that the bill was ever filed and no copy of the same is found in the transcript, and no errors appear in the record proper, the judgment will be affirmed.

Appeal from Dent Circuit Court.—*Hon. L. B. Woodside,* Judge.

AFFIRMED.

*Wm. P. Elmer* for appellant.

*L. T. McGee,* Prosecuting Attorney, for respondent.

GRAY, J.—At the April term, 1911, of the circuit court of Dent county, the grand jury returned an indictment against the defendant, charging him with selling intoxicating liquors in violation of the Local Option Law. The defendant entered a plea of not guilty, and was tried by a jury on the 2nd day of September, 1911, and convicted. A judgment was rendered on the verdict, and he appealed.

The transcript shows that the defendant was given thirty days in which to file his bill of exceptions, but it does not appear that the bill was ever filed, as no copy of the same is found in the transcript.

We have examined the record proper, and finding no error therein, the judgment must be affirmed. All concur.